

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                       CHAPTER 13 CASE NO.:

VICTOR V. DOUGLAS                                       19-10314-JDW

### ORDER SUSTAINING OBJECTION TO CONFIRMATION (DKT. #19)

THIS MATTER came before the Court on the Objection to Confirmation (Dkt. #19) (the "Objection") file by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Debtor's counsel was present at the hearing; however, the Debtor failed to appear. The Court, being fully advised in the premises, does hereby order as follows

IT IS ORDERED that the Objection shall be and is hereby sustained and confirmation shall be and is hereby denied.

IT IS FURTHER ORDERED that this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com